# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Fenner v. C.R. Bard, Inc., et al.*
Case No. 2:22-cv-2721

## ORDER

This matter is before the Court on Defendants' motion to compel production of Plaintiff's Plaintiff Profile Form ("PPF") as required by Case Management Order No. 8 (Case No. 18-md-2846, ECF No. 57.)  Defendants' motion (ECF No. 3) is **GRANTED**.  Plaintiff is required to produce the completed PPF within thirty days or this case will be dismissed.

**IT IS SO ORDERED.**


**3/13/2023**                                             **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**